# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **JENNIFER REESE,** | ) | |
|     **PLAINTIFF,** | ) | |
| **VS.** | ) | 2:09-cv-611-JHH |
| **IDT CARMEL, INC.;** | ) | |
| **FFPM CARMEL HOLDINGS I,** | | |
| **LLC; and RON WALKER,** | ) | |
|     **DEFENDANTS.** | ) | |

## FINAL JUDGMENT

In accordance with the memorandum of decision this day entered, it is

**ORDERED, ADJUDGED AND DECREED** that plaintiff have and recover of **IDT CARMEL, INC. and FFPM CARMEL HOLDINGS I, LLC.**, jointly and severally, statutory damages is the total sum of **EIGHT HUNDRED and no/100 DOLLARS ($800.00),** together with **FIVE HUNDRED AND FIFTY and no/100 DOLLARS ($550.00)** attorneys' fees.  **Costs are taxed against IDT and FFPM.**

    **DONE** this the   21st   day of May, 2009.

*James W. Hancock*
_____
SENIOR UNITED STATES DISTRICT JUDGE